UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DIANE J. GREBLE,

                    Plaintiff,

-against-

ROBERT BONDI, individually and in his capacity as Count Executive of the County of Putnam, CARL LODES, individually and in his capacity as County Attorney of the County of Putnam and the COUNTY OF PUTNAM,

                    Defendants.
-----------------------------------------------------------------x

Docket No.:
05 Civ. 4890 (CM)(GY)

**NOTICE OF MOTION**

S I R S:

    **PLEASE TAKE NOTICE** that pursuant to Rule 12(c) and the local rules of this court, upon the annexed declaration of Michael A. Miranda, dated July 1, 2005, the Memorandum of Law, and supporting affidavits to be submitted after the plaintiff's deposition is taken, the individual defendants Lodes and Bondi will move this Court before the Honorable Colleen McMahon, on a date to be determined by the Court at the United States Courthouse, for the Southern District of New York, located at 300 Quarropas Street, Room 428, White Plains, New York, at 9:30 A.M., or as soon thereafter as counsel may be heard, for an order granting Bondi and Lodes summary judgment and dismissing this action in its entirety as to them.

DATED: Mineola, New York
          July 1, 2005

                                        MIRANDA & SOKOLOFF, LLP
                                        Attorneys for Defendants

                                        By: _____
                                        Michael A. Miranda (MAM-6413)
                                        240 Mineola Boulevard
                                        Mineola, New York 11501
                                        (516) 741-7676
                                        Our File No.: 05-030

TO:    Jean Schmidt (JS-1213)
BROWN, RAYSMAN, MILLSTEIN
FELDER & STEINER, LLP
Attorneys for Plaintiff
900 Third Avenue
New York, New York 10022
(212) 895-2000